**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ATLEISURE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO. 1:12-cv-01260-CAP |
| ACE EVERT, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF ATLEISURE, LLC'S CLAIM CONSTRUCTION BRIEF

Pursuant to Local Patent Rule 6.5, Plaintiff ATLeisure, LLC provides its
Claim Construction Brief.  ATLeisure reserves the right to supplement this list.

List of claim terms, phrases, or clauses related to U.S. Patent No. 5,937,882:

- **Claim term** – an **operating element** selectively operable to move the
  member along the mast to an extent defined by the stop element, and
  operatively associated with the umbrella canopy to open or close the
  umbrella canopy in response to movement of the operating element

- **ATLeisure's Construction** – a **pulley system** selectively operable to
  move the member along . . .

- **Intrinsic Evidence** –

  o The "operating element" includes "an operating mechanism that adjusts the angle of tilt and controls opening and closing of the umbrella. This operating mechanism is controlled by a flexible line or cable mounted within the mast and operative to move the arm-support member for vertical displacement along the mast. This line also extends along the arm leading to the umbrella canopy, and operates the opening mechanism for the umbrella canopy. The cable is preferably advanced or retracted by a winder, which may be associated with the mast." '882 Patent, col.2 l. 22-26.

  o "Reverting to FIG. 2, a tension line 60 is wound on the winder hub 38 and extends upwardly within the mast 20 to the stationary pulley 62 mounted adjacent the upper end of the mast. The line 44 passes over the pulley 62 and extends downwardly outside the mast to pass over a second pulley 64, carried by the collar 43 adjacent the distal end of the umbrella arm 54. The line then extends from the second pulley 54 along a path 66 within the hollow arm 54 to pass over a third pulley

68 at the central region 55 of the canopy assembly 12.  The line 60 extends downwardly from the third pulley 68 through the central shaft 69 of the canopy, terminating in a knoblike handle 70 immediately below the lower end of a runner 72 forming part of the umbrella canopy." '882 Patent, col.4 l. 52-65.

- **Extrinsic Evidence** –

  o U.S. Patent No. 5,735,302, a prior art reference, includes a pulley system – "**operable** by a driving apparatus 9 for opening and closing the protective covering.  Said apparatus comprises a **crank winder** 10, a **cable** 11, and idle **pulleys** 12, all of a conventional type known per se." '302 Patent, col.2 l. 43-46. (emphasis added).

  o U.S. Patent No. 4,606,366, a prior art reference, has a **cable** (67) fixed to the mobile hub (11), which passes into the tubular central mast (15), is guided by a **pulley** along the radial arm . . . ." '366 Patent, Claim 1.  (emphasis added).

  o The Crank is a mechanism you rotate to open your crank patio umbrella.  This is an add-on feature to the basic patio umbrella that has either a manual push open lift or **a pulley system lift**.

(emphasis added).   Components of a Patio Umbrella, http://www.patioumbrellas.com/patio-umbrellas/patioumbrella componentsarticle.cfm (last visited Sep. 26, 2012).  ATLeisure-000436.

o "[R]ope and pulley systems (the rope may be a light line or a strong cable) are characterized by the use of one rope transmitting a linear motive force (in tension) to a load through one or more pulleys for the purpose of pulling the load (often against gravity.)"   http://www.reference.com/browse/pulley (last visited Sep. 26, 2012).  ATLeisure-000449.

o A pulley is a "simple machine consisting of a wheel over which a rope, belt, chain, or cable runs."  http://www.reference.com/ browse/pulley (last visited Sep. 26, 2012).  ATLeisure-000448.

o One umbrella embodying the '882 Patent's technology is seen below.  The pulley system, that moves the slide collar (ref. 11) up and down the mast, includes – a crank assembly (ref. 7), a rope (ref. 13), and a main pole pulley (ref. 14).  ATLeisure-000454.



o Offset umbrellas include a crank that winds line to connect at one end.  From there, the line follows a path inside the umbrella mast over a series of pulleys.



http://www.southernpatio.com/images/productdocs/howtochang

eabrokenrope.pdf (last visited Sep. 26, 2012).   ATLeisure-

000442.

List of claim terms, phrases, or clauses related to U.S. Patent No. 7,604,015:

- **Claim term – bulb**

- **ATLeisure's Construction** – a lighting device that comprises a light,

  a casing, and an electrical conductor.

- **Intrinsic Evidence –**

  o Claim 1 of the '015 Patent reads – "a bulb extending from

  below said second hole, up through said cavity, to said first hole

  . . . ."  The specification includes – "a light bulb is disposed

  within the first and second holes."  '015 Patent, col.1 l.51 - 53.

  o The patent examiner specifically cited U.S. Patent Publication

  2005/0155636, a prior art reference, to show that "the **bulb**

  compris[es] a **light emitting portion** (7) **and** a separable

  **housing portion** (71)." (emphasis added).  ATLeisure-000131.

  See below.



F I G. 5

o Similar to U.S. Patent Publication 2005/0155636, in the '015
  Patent, the bulb consists of "the **light** 402 [] contained within a
  **casing** 404 . . . ." '015 Patent, col.3 l. 13-14. (emphasis
  added). The light, not to be confused with the bulb, can be "a
  light emitting diode (LED), incandescent bulb, florescent lamp,
  or other appropriate light source." '015 Patent, col.3 l. 4-6.

o The file wrapper discloses a "bulb 404 that extends from below
  the second hole 216 in the bottom wall 202, up through the

cavity . . . ."  ATLeisure-000039.  As seen in Figure 5 below,

the **bulb** 404 **includes** the **casing**.  (emphasis added).



*Fig. 5*

- **Extrinsic Evidence** – None.

List of claim terms, phrases, or clauses related to U.S. Patent No. 8,104,492:

- **Claim term – locking means** for releasably securing the sliding

  member to the main pole

- **ATLeisure's Construction** – any device that secures the sliding

  member to the main pole.

- **Intrinsic Evidence** –

  - A "locking means" is "a spring-loaded latch pin mounted to the

    sliding member that engages one of a corresponding series of

    holes in the main pole."  '492 Patent, col.4 l.13 - 16.

o Another embodiment includes "a plurality of ratchet teeth 220 are formed along the rear surface of the main pole 214. A pawl 222 pivotally mounted to the sliding mechanism 216 engages a cooperating one of the ratchet teeth 220 to lock the sliding member 216 in position." '492 Patent, col.4 l.23 - 26.

o "[T]he locking means for releasably securing the sliding member to the main pole comprises a cam latch member having a cam surface, the cam latch member being rotatable with respect to the sliding member between a first position in which the cam surface causes the sliding member to be clamped against the main pole . . . ." '492 Patent, Claim 2.

- **Extrinsic Evidence** – None

ATLeisure identifies the following claim elements which it contends should be governed by 35 U.S.C. § 112(6).

U.S. Patent No. 8,104,492

**Structure** – any of the three disclosed embodiments above, or their equivalent.

**Act** – securing the sliding member to the main pole.

**Claim 1** - **locking means for** releasably securing the sliding member to the main pole at a selected location along the main pole;

**Claim 4** - The umbrella of claim 1, wherein the **locking means for** releasably securing the sliding member to the main pole comprises a plurality of holes formed in the main pole and a pin associated with the sliding member and operative to engage a selected one of the holes.

Submitted this 1st day of November, 2012.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

/s/ Robert G. Brazier
Robert G. Brazier (Georgia Bar #078938)
rbrazier@bakerdonelson.com
Steven G. Hall (Georgia Bar #319308)
shall@bakerdonelson.com
Jeffrey T. Breloski (Georgia Bar #858291)
jbreloski@bakerdonelson.com
Suite 1600, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326
404.577.6000 (Telephone)
404.221.6501 (Facsimile)
*Attorneys for Plaintiff*
*ATLeisure, LLC*

## <u>FONT CERTIFICATION</u>

The undersigned counsel for Plaintiff hereby certifies that the within and foregoing was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1.

/s/ Robert G. Brazier
Robert G. Brazier
Georgia Bar #078938

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ATLEISURE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO. 1:12-cv-01260-CAP |
| ACE EVERT, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 1, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system to the following:

Christian R. Oehm
Heng Wang
Heng Wang & Associates, PC
Suite 600A
7 Mott Street
New York, NY 10013
646-543-5848
Email: c.oehm@wanggaolaw.com
Email: heng.wang@wanggaolaw.com

Robert M. Ward
Robert M. Ward
3445 Stratford Road, NE
Suite 2605
Atlanta, GA 30326
404-606-6480
Email: bmwlaw@aol.com

/s/ Robert G. Brazier
Robert G. Brazier
Georgia Bar #078938