IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLEISURE, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ACE EVERT, INC. )<br>)<br>Defendant. )<br>)<br>_____ ) | CIVIL ACTION<br>NO. 1:12-cv-01260-CAP |

**DEFENDANT'S MOTION FOR LEAVE TO
AMEND ITS ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15 and Local Rule 15.1, Defendant, Ace Evert, Inc. (hereinafter "Ace Evert," or, "Defendant") hereby respectfully moves the Court to grant the Defendant leave to amend its Answer to the Plaintiff's First Amended Complaint.

Please take further notice that Ace Evert shall rely upon the Declaration of Zhaojun Wang, A Memorandum of Law in Support and any exhibits attached thereto.

- 1 -

Respectfully submitted, this 22nd day of August, 2013,

/s/ **RM Ward**
Robert M. Ward
Dilworth IP
3455 Peachtree Road, NE
5th Floor
Atlanta, GA 30326
404.606.6480
Email: bmwlaw@aol.com

Heng Wang
Christian R. Oehm
Heng Wang & Associates, P.C.
7 Mott Street, Suite 600A
New York, NY 10013
646.543.5848
Email: c.oehm@wanggaolaw.com
Email: heng.wang@wanggaolaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court by using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record and will likewise be available electronically to any attorneys of record who subsequently appear in this matter.

Dated: August 22, 2013

By: */s/ RM Ward*
Robert M. Ward